UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

 Plaintiffs,

VS.

CHARLES BO MUMPHREY

 Defendant,

2:12-CR-0455 HDM-PAL-2

MINUTES OF THE COURT

Dated: February 13, 2013

PRESENT:

JUDGE: **HOWARD D. McKIBBEN, Senior U.S. DISTRICT JUDGE**

DEPUTY CLERK: EILEEN STERBA COURT RECORDER: JOAN QUIROS

PRESENT FOR PLAINTIFF: Patrick Walsh, Robert Knief

PRESENT FOR DEFENDANT: Rebecca Levy, Shari Kaufman

**JURY TRIAL - DAY 3**

 Proceedings begin at 8:12 AM. The jurors are not present. Counsel and the Court discuss jury instructions and final procedures.

 Ms. Kaufman makes a Rule 29(a) Motion - **DENIED**.

 8:29 AM - Jury enters. All parties and counsel are present.

 The Court advises the jury of their Jury Instructions.

 Government's Closing Arguments presented by Mr. Walsh. Defendant's Closing Arguments presented by Ms. Levy.

 Court recesses 9:45 AM - 9:55 AM.

 Court reconvenes with jury, counsel and parties present. Mr. Walsh presents rebuttal.

USA v Mumphrey
2:12-CR-0455 HDM-PAL-2
February 13, 2013
page two

      10:20 AM - Two alternate jurors excused with the Court's appreciation.

      10:25 AM - Bailiff sworn and escorts jury into the Jury Room to begin deliberations. Court is in recess.

      2:05 PM - Court receives notification that the jury has a verdict and reconvenes with counsel and parties present.

      2:07 PM - Jury enters. Jury submits verdict. Defendant is found GUILTY on Count 1. Sentencing set for May 7, 2013 at 9:30 AM in a Las Vegas Courtroom to be determined.  Defendant remanded to custody.

      2:20 PM Court adjourns.


      **LANCE S. WILSON, CLERK**
      **UNITED STATES DISTRICT COURT**

      /s/ Eileen Sterba
      DEPUTY CLERK